```
1  JOHN P. STENNETT, SBN: 72815
   STENNETT & STENNETT
2  501 W. Broadway, Suite 1340
   San Diego, CA 92101
3  Telephone: (619) 544-6887
   Fax: (619) 233-3796
4
   Attorneys for Plaintiff
5
```

FILED 2008 JUL 11 PM 4: 33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN SANTILLI,<br><br>        Plaintiff,<br><br>    v.<br><br>FIRST NATIONAL BANK HOLDING COMPANY EMPLOYEE BENEFIT PLAN; FIRST NATIONAL BANK HOLDING COMPANY,<br><br>        Defendants. | NO. '08 CV 1257 H WMc<br><br>COMPLAINT<br>FOR RELIEF UNDER ERISA<br>(29 U.S.C. § 1001 et seq.) |

COMES NOW the plaintiff who alleges against defendants as follows:

**NATURE OF ACTION**

1.  This is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §§ 1001 et seq.

**JURISDICTION AND VENUE**

2.  This court has subject matter jurisdiction pursuant to 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

3.  Venue is proper in this district pursuant to 29 U.S.C. § 1132(e)(2).

4.  Plaintiff ANN SANTILLI is a resident of San Diego and was an employee of FIRST NATIONAL BANK HOLDING COMPANY until she was unable to return to work on or about March 2, 2007. Plaintiff's position with FIRST NATIONAL BANK HOLDING

1  COMPANY was as an underwriter.

2  5. FIRST NATIONAL BANK HOLDING COMPANY is a business entity which owns several banks including FIRST NATIONAL BANK OF ARIZONA (now known as FIRST NATIONAL BANK OF NEVADA), who was plaintiff's employer until she became disabled.

6. Defendant FIRST NATIONAL BANK HOLDING COMPANY'S EMPLOYEE BENEFIT PLAN (hereinafter referred to as the "PLAN") is the designated name of the subject Plan that provided disability protection to employees of FIRST NATIONAL BANK HOLDING COMPANY and its related companies, and is an employee welfare benefit plan as defined by 29 U.S.C. § 1002(1).

7. During the course of her employment with FIRST NATIONAL BANK OF ARIZONA, plaintiff was given the opportunity to participate in the PLAN as sponsored by FIRST NATIONAL BANK HOLDING COMPANY which provided long term disability benefits. The disability benefits were provided for through an insurance policy issued by CNA GROUP LIFE ASSURANCE COMPANY and obtained by FIRST NATIONAL BANK HOLDING COMPANY for the benefit of its companies' participating employees. Plaintiff elected to participate in the plan and was covered under the policy when she became disabled on March 2, 2007, entitling her to benefits beginning June 2, 2007. Plaintiff has remained continuously disabled to the present date.

8. The terms of the plan provided for short term monthly disability payments for the first ninety days of disability and long term disability benefits thereafter. Plaintiff was provided short term disability benefits but was denied long term disability benefits by the PLAN. Long term disability benefits were payable at the rate of 66-2/3% of plaintiff's monthly earnings. Monthly earnings included not only salary, but commissions and bonuses. Plaintiff was 62 years old at the time she became disabled and thus is entitled to a maximum of 42 months of disability benefits under the PLAN. Plaintiff received a copy of a certificate of insurance for a Group Long Term Disability Insurance Policy issued by CNA GROUP LIFE ASSURANCE COMPANY, Policy Number SR-83117068 which she believes sets forth the full terms and conditions of the disability benefits under the PLAN. Said policy setting forth the terms and conditions of the

PLAN is known to defendants and in their possession.

9. On information and belief plaintiff alleges that defendant FIRST NATIONAL BANK HOLDING COMPANY was the designated administrator of the PLAN and stood in a fiduciary relationship with the PLAN and plaintiff.

10. At all times herein mentioned, the conduct of defendants, and each of them was carried out through the acts and/or omissions of their agents, administrators, representatives, and/or employees, and the conduct of said agents and/or employees was authorized and ratified by defendants and/or the officers, directors and/or managing agents, and each of them.

11. On or about March 2, 2007 and while said policy of insurance was in full force and effect, i.e., within the policy time periods, plaintiff sustained a loss covered under said policy of insurance, in that she became totally disabled as defined in the terms and conditions of the policy of insurance referred to herein.

12. The PLAN denied plaintiff's application for long term disability benefits by letter dated August 13, 2007.

13. At all times relevant, plaintiff made a timely claim for benefits, performed all of the terms and conditions required of her under the PLAN and met all of the conditions requested for her to receive PLAN long term disability benefits, beginning on June 2, 2007.

14. Plaintiff has exhausted all administrative remedies provided for under the PLAN to collect the benefits due her under the PLAN.

15. Plaintiff is entitled under the PLAN to the disability benefits from June 2, 2007, at the rate of $4,253.00 per month to date, and in the future, less Social Security Disability benefits received by plaintiff as long as she remains disabled and until December 2010 which concludes the 42 month benefit period. Plaintiff is furthermore entitled to reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(1).

WHEREFORE, plaintiff prays judgment as follows:

(1) For unpaid PLAN benefits and a declaration that plaintiff is entitled to ongoing disability benefits;

(2) For attorneys' fees according to proof;

(3) For costs of suit incurred herein; and,

(4) For such other and further relief as the Court may deem proper, including interest (prejudgment and otherwise) on sums due.

STENNETT & STENNETT
Attorneys for Plaintiff

By: _____
JOHN P. STENNETT

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ANN SANTILLI

## DEFENDANTS
First National Bank Holding Company Employee Benefit Plan; First National Bank Holding Company

FILED
2008 JUL 11 PM 4:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

(b) County of Residence of First Listed Plaintiff   SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John P. Stennett, Stennett & Stennett   (619) 544-6887
501 W. Broadway, Suite 1340, San Diego, CA 92101

Attorneys (If Known)
08 CV 1257 H WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☒ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC Section 1001 et seq.
Brief description of cause:
Claim for disability benefits under an ERISA employee benefit plan

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   07/11/2008   SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY
RECEIPT # 152945   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____
JAC 7/11/08

```
         UNITED STATES
         DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

         # 152945     - TC

          July 11, 2008
             16:30:04


          Civ Fil Non-Pris
      USAO #.: 08CV1257
      Judge..: MARILYN L HUFF
      Amount.:              $350.00 CK
      Check#.: BC4675



         Total->    $350.00


      FROM: ANN SANTILLI
            VS
            FIRST NATIONAL BANK
```