Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
4:32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ANN SANTILLI,

    Plaintiff

vs

FIRST NATIONAL BANK HOLDING
COMPANY EMPLOYEE BENEFIT
PLAN; FIRST NATIONAL BANK
HOLDING COMPANY,

    Defendants

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1257 H WMc

TO: (Name and Address of Defendant)

 

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JOHN P. STENNET, STENNETT & STENNETT      (619) 544-6887
501 W. Broadway, Suite 1340
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 11 2008

W. Samuel Hamrick, Jr.
CLERK    J. HARRIS                         DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)