1  John P. Stennett, (SBN 72815)
   E-mail: stennett@stennettcasino.com
2  STENNETT & STENNETT
   17600 N. Perimeter Drive
3  Scottsdale, AZ 85255
   Tel.: (619) 544-6887/Fax: (619) 233-3796
4
5  Attorneys for Plaintiff Ann Santilli

   Edith Sanchez Shea, (SBN 177578)
6  E-mail: eshea@bwslaw.com
   BURKE, WILLIAMS & SORENSEN, LLP
7  444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953
8  Tel: 213.236.0600/Fax: 213.236.2700

9  Attorneys for Defendants
   First National Bank Holding Company
10 Employee Benefit Plan and First National
   Bank Holding Company

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN SANTILLI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRST NATIONAL BANK HOLDING COMPANY EMPLOYEE; BENEFIT PLAN; FIRST NATIONAL BANK HOLDING COMPANY,<br><br>　　　　　Defendants. | Case No. 08 CV 1257 H WMc<br><br>**JOINT STIPULATION TO CONTINUE DATE FOR EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>CURRENT DATE:<br><br>DATE:　　September 18, 2008<br>TIME:　　2:00 p.m.<br>CRTRM.:　"C" |

Plaintiff Ann Santilli and Defendants First National Bank Holding Company Employee Benefit Plan and First National Bank Holding Company, by and through their respective counsel, hereby stipulate and agree as follows.

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-1600-4866 v1 　　　- 1 -　　　CASE NO. 08 CV 1257 H WMC
JNT. STIP. TO CONT. DATE FOR ENE CONF.

1    The Court set an ENE Conference for September 18, 2008.  The parties
2 request a continuance of that ENE Conference date from September 18, 2008 to
3 October 9, 2008.  Good cause exists for this continuance, because the client
4 representative who is scheduled to travel from Connecticut to attend the conference
5 on Defendants' behalf will be out of the country during the week of September 18,
6 2008.  Further, the undersigned counsel for Defendants was recently retained and
7 requires additional time to obtain and review the relevant documents and prepare
8 for the conference.

10    The parties request that the conference be continued for three weeks to
11 October 9, 2008, because that is the next date when all parties and counsel are
12 available.
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-1600-4866 v1    - 2 -    CASE NO.  08 CV 1257 H WMC
JNT. STIP. TO CONT. DATE FOR ENE CONF.

1    Wherefore, the parties respectfully request that the hearing in this matter be
2 continued for three weeks to October 9, 2008.

4 Dated: September 5, 2008                STENNET & STENNETT
                                          JOHN P. STENNETT

7                                         By: */s/ John P. Stennett [authorized on September 5, 2008]*
                                          John P. Stennett
                                          Attorneys for Plaintiff Ann Santilli
                                          E-mail: stennett@stennettcasino.com

11 Dated: September 5, 2008               BURKE, WILLIAMS & SORENSEN, LLP
                                          EDITH S. SHEA

14                                        By:*/s/ Edith S. Shea*
                                          Edith Sanchez Shea
                                          Attorneys for Defendants
                                          First National Bank Holding
                                          Company Employee Benefit Plan
                                          and First National Bank Holding
                                          Company
                                          E-mail: eshea@bwslaw.com

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4833-1600-4866 v1        - 3 -        CASE NO. 08 CV 1257 H WMC
                                          JNT. STIP. TO CONT. DATE FOR ENE CONF.

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 | ANN SANTILLI,                        Case No.  08 CV 1257 H WMc
12 |         Plaintiff,                   **[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DATE FOR EARLY NEUTRAL EVALUATION CONFERENCE**
13 | v.
14 | FIRST NATIONAL BANK HOLDING COMPANY
15 | EMPLOYEE; BENEFIT PLAN; FIRST NATIONAL BANK
16 | HOLDING COMPANY,
17 |         Defendants.

18

19      Having reviewed the parties' stipulation regarding the ENE conference date
20 date in this matter, it is hereby

21

22      ORDERED that the ENE Conference date in this matter is continued from
23 September 18, 2008 to _____ at ____ _.m.

24

25 DATED: _____     _____
26                                JUDGE, UNITED STATES DISTRICT COURT
27
28

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4849-9392-3074 v1          - 1 -     CASE NO.  08 CV 1257 H WMC
                                         [PROPOSED] ORDER RE JNT. STIP. TO CONT.
                                         DATE FOR ENE CONF.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 444 So. Flower Street, Suite 2400, Los Angeles, California 90071-2953.

On September 5, 2008, I served the following document(s) described as **JOINT STIPULATION TO CONTINUE DATE FOR EARLY NEUTRAL EVALUATION CONFERENCE and [PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DATE FOR EARLY NEUTRAL EVALUATION CONFERENCE** on the interested party(ies) in this action as follows:

☒ by placing true copies thereof enclosed in a sealed envelope addressed stated on the attached service list.

XX **BY MAIL:** I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope was placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At approximately _____, I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (213) 629-0037. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) to the addressee(s).

XX **BY ELECTRONIC SERVICE** of the document(s) through the Court's transmission facilities.

5608 / 103506.1
LA #4838-3845-8626 v1

1     I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. I declare that
2 I ☒ am employed in the office of a member of the bar of this court at whose direction the service was made; ☐ served the above document(s) at the direction of
3 a member of the bar of this court.

4     Executed on September 5, 2008, at Los Angeles, California.

                                        */s/ Sandra Bird*
                                        SANDRA BIRD
                                        E-Mail: sbird@bwslaw.com

5608 / 103506.1
LA #4838-3845-8626 v1

2

<u>**SERVICE LIST**</u>

<u>**Santilli v. First National Bank Holding Company Employee; et al.**</u>

<u>**Case No.:  08 CV 1257 H WMc**</u>

John P. Stennett
STENNETT & STENNETT
17600 N. Perimeter Drive
Scottsdale, AZ  85255
Tel.:  (619) 544-6887
Fax:  (619) 233-3796
Attorneys for Plaintiff Ann Santilli

5608 / 103506.1
LA #4838-3845-8626 v1