UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN SANTILLI, ) | Case No. 08cv1257 H (WMc) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER CONTINUING** |
| ) | **EARLY NEUTRAL EVALUATION** |
| v. ) | **CONFERENCE [*See* DOC. NO. 5]** |
| ) | |
| FIRST NATIONAL BANK HOLDING ) | |
| COMPANY EMPLOYEE BENEFIT PLAN; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

    The Court has reviewed the parties' joint motion for a continuance of the Early Neutral Evaluation Conference date to ensure the attendance of Defendant's client representative with settlement authority.  (*See* Doc. No. 5.)  Good cause appearing, the motion is **GRANTED**.  The Early Neutral Evaluation Conference is **CONTINUED** to **October 10, 2008** at **2:00 p.m.** in the chambers of the Honorable William McCurine, Jr., United States Magistrate Judge, 940 Front Street, Courtroom C, San Diego, California, 92101.  **NO FURTHER REQUESTS FOR CONTINUANCES WILL BE CONSIDERED.**  The advisements and deadlines issued in the Court's September 5, 2008 Order remain in full force and effect.

    **IT IS SO ORDERED.**

DATED: September 8, 2008

                                                  Hon. William McCurine, Jr.
                                                  U.S. Magistrate Judge, U.S. District Court